```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YONY SOSA,

                Plaintiff,

      - against -

AMERICAN RARE COIN &
COLLECTIBLES, LLC,

                Defendant.
-------------------------------------------------------------X

20-CV-7036 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff served the summons and complaint on Defendant on October 26, 2020. (Dkt. 6.) An answer was due by November 16, 2020. Since Defendant has failed to answer, Plaintiff shall file for default or otherwise explain the status of this case by December 11, 2020.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

1