UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONY SOSA,

                Plaintiff,

      -v-

AMERICAN RARE COIN &
COLLECTIBLES, LLC,

                Defendant.

20-CV-7036 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs, albeit without prejudice to restoring the action to the Court's calendar provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: January 14, 2021
       New York, New York

                                          J. PAUL OETKEN
                                       United States District Judge